# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

ADAN CRIS FLORES JAHNETH,   )
   )
   Petitioner,   )
   )
v.   )   No. CIV-26-720-G
   )
DTOR INSTALLATION   )
DIAMONDBACK CORR et al.,   )
   )
   Respondents.   )

## ORDER TO CURE DEFICIENCIES

The Court is in receipt of Petitioner's tendered documents in the above referenced matter. The documents are deficient in the areas indicated below:

__   Petitioner has not submitted his petition on the proper form.

**X**   Petitioner has not submitted an in forma pauperis motion and/or Petitioner has not paid the $5.00 filing fee.

__   In forma pauperis motion is not on the proper form.

__   Petitioner has not signed the in forma pauperis motion.

__   In forma pauperis motion is missing financial information and/or signature of authorized officer of penal institution.

__   In forma pauperis motion is missing the certified copy of Petitioner's institutional accounts statement from **the appropriate official of each penal institution or jail at which you are or were confined during the six-month period immediately preceding this filing**. 28 U.S.C. § 1915(a)(2).

The Court **ORDERS** Petitioner to cure the designated deficiencies **by May 6, 2026**. Failure to comply with this Order may result in the dismissal of

this action. The Clerk of the Court is directed to send Petitioner the forms necessary to comply with this order.

**SO ORDERED** this 22nd day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE