**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ADAN CRIS FLORES JAHNETH,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-720-G** |
| | ) |
| **DTOR INSTALLATION** | ) |
| **DIAMONDBACK CORR. et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## **ORDER**

On April 6, 2026, Petitioner Adan Cris Flores Jahneth filed a Petition for Writ of
Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs
Enforcement pursuant to 28 U.S.C. § 2241.  In accordance with 28 U.S.C. § 636(b)(1), the
matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

On May 13, 2026, Judge Mitchell issued a Report and Recommendation ("R. & R.,"
Doc. No. 7), in which she recommended this action be dismissed pursuant to Federal Rule
of Civil Procedure 41(b).  *See* Fed. R. Civ. P. 41(b), 81(a)(4); *see also Ricky v. Gantt*, No.
CIV-26-1046-R, 2026 WL 2029055, at *1-2 (W.D. Okla. June 8, 2026) (R. & R.), *adopted*,
2026 WL 2023588 (W.D. Okla. July 13, 2026).  In the R. & R., Judge Mitchell advised
Petitioner of his right to object to the R. & R. by June 3, 2026.  Judge Mitchell also advised
that a failure to timely object would constitute a waiver of the right to appellate review of
the factual findings and legal conclusions contained in the R. & R.

The R. & R. was mailed to Petitioner at his address of record and returned as
undeliverable.  *See* Doc. Nos. 3, 8; *see also* LCvR 5.4.  As of this date, Petitioner has not

submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 22nd day of July, 2026.

CHARLES B. GOODWIN
United States District Judge